1054

[No. 35099-4-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
JONATHAN KENNETH HAVEKOST, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00153-8, Carmen Otero, J., entered
August 5, 1994. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Coleman and Ellington, JJ.

[No. 35305-5-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDO
ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07076-1, Robert H. Alsdorf, J., entered
September 19, 1994. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Coleman and Grosse, JJ.

[No. 36058-2-I.    Division One.    May 28, 1996.]

FRANCES M. SKALA, *Respondent*, v. ALBERT ANTHONY
TRIPPY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-19221-3, Liem E. Tuai, J., entered Feb-
ruary 6, 1995. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Baker, C.J., and Ellington, J.

[No. 36224-1-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
DEAN LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05506-1, Arthur E. Piehler, J., entered
February 10, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Becker and Ellington, JJ.